# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145414

HUNTINGTON NATIONAL BANK,
       Plaintiff-Appellant,

v

FIRST AMERICAN TITLE INSURANCE CO.,
       Defendant-Appellee.

SC: 145414
COA: 303496
Kent CC: 10-012227-CK

_____/

      On order of the Court, the application for leave to appeal the May 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      ZAHRA, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2012

Clerk

d1205